■ In the Matter of the Estate of ANNA KAUFFMAN , Deceased. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in Matter of Kauffman (54 AD2d 1067). (Appeal from order of Monroe County Surrogate's Court—amend petition.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.